UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIC LEMONS, Individually and for Others Similarly Situated,<br><br>                Plaintiffs,<br><br>  v.<br><br>PEARCE SERVICES, LLC d/b/a PEARCE RENEWABLES, a Delaware limited liability company,<br><br>                Defendants. | Case No. 2:24-cv-05995-AB-AGR<br><br>**ORDER EXTENDING DEADLINE TO FILE JOINT RULE 26(F) REPORT** |

The Court, having reviewed the Parties' Revised Joint Rule 26(f) Report and finding good cause therein, hereby orders that the case shall remain stayed through **May 7, 2025**. Additionally, the Parties shall file a revised Joint Rule 26(f) Report on or by **May 14, 2025**.

     **IT IS SO ORDERED.**

Dated: April 29, 2025

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

1