JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIC LEMONS, Individually and for Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PEARCE SERVICES, LLC d/b/a PEARCE RENEWABLES, a Delaware limited liability company,<br><br>　　　　　Defendant. | Case No. 2:24-cv-05995-AB-AGR<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  May 21, 2025

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.